Sean SHALLOW, Appellant

v.

NEW YORK STATE OFFICE OF TEM-
PORARY AND DISABILITY ASSIS-
TANCE, et al., Appellees.

No. 15–7067.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 2, 2015.

Sean Shallow, pro se.

BEFORE: HENDERSON, ROGERS,
and PILLARD, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the rec-
ord from the United States District Court
for the District of Columbia and on the
brief filed by appellant. *See* Fed. R.App.
P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the
district court's dismissal of appellant's
complaint and civil action be affirmed.
Appellant's complaint failed to establish
any basis for federal court jurisdiction.
*See* 28 U.S.C. § 1331.

Pursuant to D.C. Circuit Rule 36, this
disposition will not be published. The
Clerk is directed to withhold issuance of
the mandate herein until seven days after
resolution of any timely petition for re-
hearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule
41.